Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

FILED

NOV 1 4 2022

ARTHUR JOHNSTON

BY _____ DEPUTY

for the

District of

Division

|  |  |  |
|---|---|---|
| Lucy McEuen | ) | Case No. 3:22-CV-663-DPJ-FKB |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) |  |
| MS Methodist Rehabilitation Center | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lucy McEuen |
| Street Address | 5470 Red Fox Rd. |
| City and County | Jackson Hinds |
| State and Zip Code | MS 39211 |
| Telephone Number | 6015193039 |
| E-mail Address | Lpmceuen@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name    MS Methodist Rehabilitation Center

    Job or Title *(if known)*

    Street Address    1350 E Woodrow Wilson Ave.

    City and County    Jackson Hinds

    State and Zip Code    MS 39216

    Telephone Number    6019812611

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | MS Methodist Rehabilitation Center |
| Street Address | 1350 E Woodrow Wilson Ave. |
| City and County | Jackson Hinds |
| State and Zip Code | MS 39216 |
| Telephone Number | 6019812611 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☒  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☐  Retaliation.

☐  Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

12-21-2021

C.    I believe that defendant(s) *(check one)*:

☒  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race    _____

☐  color   _____

☐  gender/sex    _____

☒  religion    denied religious exemption from COVID-19 vaccine

☐  national origin    _____

☐  age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

On or about 08/30/2018, I was employed by Mississippi Methodist Rehabilitation Center as a pharmacist. On or about 11/10/2021, I was notified by my employer that all employees had to be vaccinated or receive exemption from vaccination by 11/19/2021. I sincerely hold a religious belief that conflicts with my employer's vaccination requirement. I submitted a request for religious exemption and a request for medical exemption against the Covid vaccination on 11/19/2021. Accompanying these requests were signed letters from my church minister and medical doctor. On 12/16/2021, I received a mailed letter stating that both of my exemption applications were denied. This letter offered me the opportunity to submit additional information that I would like for Methodist Rehab to consider regarding my applications by 3:00 pm on 12/17/21. I submitted additional information for both medical and religious exemption applications before the stated deadline. On 12/21/2021, I was discharged. I received a mailed letter from Karen Reeves, Director of Human Resources, stating my exemption applications had not been accepted. The reason for my discharge was failure to comply with Methodist's Covid vaccination policy. I believe my employer discriminated against me due to my religion, Christianity, putting them in violation of Title VII of the Civil Rights Act of 1964, as amended.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

04-25-2022

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    8/16/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unable to obtain full time employment and benefits since being terminated from employment with Methodist Rehab 12-21-21, resulting in loss of annual salary at roughly $118,00 along with loss of benefits such as health insurance, averaging around $500 per month.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/12/2022

Signature of Plaintiff

Printed Name of Plaintiff        Lucy McEuen

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____